USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA :

      - v. - :

ANULFO OBISPO SIERRA-LEBRON, :

      Defendant. :
- - - - - - - - - - - - - - - x

**ORDER**

S2 17 Cr. 91 (LAK)

WHEREAS, with the consent of the defendant, ANULFO OBISPO SIERRA-LEBRON, the defendant's guilty plea allocution was made before a United States Magistrate Judge on October 30, 2017;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
           March 4, 2020

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE